# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:13-CR-244-1BO

**LUIS ENRIQUE ACOSTA**

On March 20, 2013, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

/s/ Scott Plaster  
Scott Plaster  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8808  
Executed On: March 5, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and the proceedings in the case be terminated.

Dated this ___9___ day of __March__, 2015.

Terrence W. Boyle  
U.S. District Judge